E. CARMEN RAMIREZ (DC Bar No. 975331)
HALSEY DIAKOW (DC Bar No. 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 616-2885 (Ramirez)
Telephone: (202) 307-2251 (Diakow)
Fax: (202) 307-0054
E.Carmen.Ramirez@usdoj.gov
Halsey.Diakow@usdoj.gov
western.taxcivil@usdoj.gov

*Attorneys for the United States of America*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMIE R. COX for himself and as successor in interest to SANDRA COX; YUBA COUNTY, CALIFORNIA,<br><br>Defendants. | No. 2:25-CV-00269-DC-AC<br><br>**NOTICE REGARDING WAIVER OF SERVICE BY DEFENDANT YUBA COUNTY CALIFORNIA** |

The United States hereby attaches a waiver of service signed by defendant Yuba County, California. On the suggestion of court personnel, the United States is filing this notice with the waiver form to clarify when the county's response is due. As reflected in the parties' stipulation (Dkt. 6) and Court's order of February 27, 2025 (Dkt. 7), the parties have stipulated that the county's response is due by May 15, 2025. Although the ECF system may automatically generate an earlier due date based on the waiver of service, the United States' intent is to honor the stipulation.

//

Waiver of Service                                    1

1  Dated: March 6, 2025

2  Respectfully submitted,

3  */s/ E. Carmen Ramirez*
   E. CARMEN RAMIREZ
4  Trial Attorney, Tax Division
   U.S. Department of Justice
5  *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter and are eligible to receive CM/ECF notices.

In addition, I caused the foregoing to be delivered via U.S. Mail to the following persons (which may take until the next business day to be completed):

Laura Proctor, as personal representative for Jimmie R. Cox
5537 Port Barrington Way
Las Vegas, NV 89130

*/s/ Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice